**Jamar A. CANNON, Plaintiff-Appellant,**

v.

**Edward HULL; Phyllis Back, Major; Darryl Turner, Captain of Security; Captain Hickey; D. Lubeke; Officer Stephan; Sergeant Berry; Michelle Lewis, Director of Inmate Services, Defendants-Appellees.**

No. 17-6167

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2017

Decided: July 13, 2017

Jamar A. Cannon, Appellant Pro Se. Kristen Rodrigue Jurjevich, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar A. Cannon seeks to appeal the district court's order granting in part and denying in part Defendants' motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Cannon seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*